For full opinion see 31 O L R 271; 173 NE 260; 36 Oh Ap 337 (Oh Bar 12-9-30).

## JENIKE, Chief of Police, v PRESTON

Ohio Appeals, 1st Dist, Hamilton Co
Decided March 24, 1930

For full opinion see 173 NE 258; 36 Oh Ap 368 (Oh Bar 12-9-30).

## DUNGAN v DUNGAN

Ohio Appeals, 4th Dist, Licking Co
Decided Nov. 26, 1928

For full opinion see 29 O L R 24; 173 NE 208; 36 Oh Ap 427 (Oh Bar 12-23-30).

## MESSINGER, et v CINCINNATI (city) et

Ohio Appeals, 1st Dist, Hamilton Co
Decided Jan 13, 1930